**DISMISS and Opinion Filed December 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00880-CV**

**ATLANTIC HOUSING MANAGEMENT, LLC AND**
**AHF-STONE CREEK, LLC, Appellants**
**V.**
**WAYLAND JACKSON, INDIVIDUALLY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04712-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Nowell, and Justice Smith
Opinion by Justice Nowell

Before the Court is the parties' joint motion filed pursuant to their settlement agreement. We grant the motion, vacate the trial court's June 6, 2022 judgment without regard to the merits, and dismiss this cause with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

220880F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ATLANTIC HOUSING
MANAGEMENT, LLC AND AHF-
STONE CREEK, LLC, Appellants

No. 05-22-00880-CV          V.

WAYLAND JACKSON,
INDIVIDUALLY, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-04712-
E.
Opinion delivered by Justice Nowell.
Chief Justice Burns and Justice Smith
participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's June 6, 2022 judgment without regard to the merits and **DISMISS** this cause with prejudice.

We **ORDER** that the parties bear their own costs and attorney's fees.

We **ORDER** that the liability of the judgment debtors and U.S. Specialty Insurance Company as surety on the Supersedeas Bond filed with the trial court on August 30, 2022 is **RELEASED**. We **DIRECT** the Clerk of the County Court to release the bond to appellants' counsel.

Judgment entered December 22, 2022